In the Matter of the Probate of the Last Will and Testament of Robert Rae, Deceased. Wilhelmina Redanz and Others, Appellants; Mary Cottrell and Others, Respondents.— Decree affirmed, with costs. All concurred.

In the Matter of the Probate of the Alleged Last Will and Testament of Julia Snyder, Deceased. Eugene Sherlock, Appellant; Agnes Jordan, Respondent.— Decree affirmed, with costs. All concurred.

William F. Rafferty, as Executor, etc., Appellant, v. Security Mutual Life Insurance Company, Appellant.— Judgment and order affirmed, without costs. All concurred.

Andrew Lupp, Respondent, v. Machwirth Brothers Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

The Lake Shore and Michigan Southern Railway Company, Appellant, v. Frank W. Crandall and Another, Respondents.— Order affirmed, with costs. All concurred.

Theresa Missert, Appellant, v. Anthony C. Steffan, Respondent.— Judgment and order affirmed, with costs. All concurred.

Henry C. Walbaum, Appellant, v. James Lockhart, Respondent.— Judgment and order affirmed, with costs. All concurred.

Victoria Martin, Respondent, v. Albert M. Zimbrich, Appellant. — Judgment and order affirmed, with costs. All concurred.

Nelson Bodette, Appellant, v. The Foster-Armstrong Company, Respondent.— Judgment and order affirmed, with costs. All concurred, except Lambert, J., who dissented.

Shelley G. Crump, Appellant, v. Charles Behrendt, Respondent.— Order affirmed, with costs, All concurred.

James T. Arroll, Appellant, v. The Buffalo, Lockport and Rochester Railway Company, Respondent.— Order affirmed, with costs. All concurred.

Frank J. Roberts, an Infant, by Rose Roberts, His Guardian ad Litem, Plaintiff, v. Morton & Sons Company and The A. J. Bolton Company, Defendants.— Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendants upon the nonsuit with costs. All concurred.

Myron W. Whiting, Respondent, v. Allie J. Glass, Appellant.— Judgment and order affirmed, with costs. All concurred.

Flora Clapper, Respondent, v. Mary L. Arend, Appellant.— Judgment and order affirmed, with costs. All concurred.

Antonio Pace, an Infant, etc., Appellant, v. Ford Motor Company, Respondent.— Appeal dismissed, without costs, upon stipulation filed.